

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2019

No. 04-19-00640-CV

**IN RE MAURER GROUP**

Original Mandamus Proceeding[1]

**ORDER**

On September 17, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 2, 2019.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2019.

Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2017CI06811, styled *The Maurer Group v. Liberty Mutual Insurance, et al.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.